**FILED**
JUN 1 8 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. *19-30090-SMY* |
| ) | |
| Plaintiff, ) | |
| ) | Title 8, United States Code |
| vs. ) | Section 1326(a) |
| ) | |
| ROSALIO MELENDREZ-VALENZUELA, ) | |
| and ) | |
| JESUS URIAS-VALENZUELA ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**FILED**
JUN 1 8 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COUNT 1

**Illegal Reentry After Deportation**

On or about June 5, 2019, in St. Clair County, within the Southern District of Illinois,

**ROSALIO MELENDREZ-VALENZUELA,**

defendant herein, an alien who had previously been arrested and removed from the United States to Mexico, pursuant to law at Nogales, Arizona, on or about December 12, 2014, and who after such date had not received consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States, was found in the United States in the Southern District of Illinois, in violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

**Illegal Reentry After Deportation**

On or about June 5, 2019, in St. Clair County, within the Southern District of Illinois,

**JESUS URIAS-VALENZUELA,**

Recommended Bond: Detention

defendant herein, an alien who had previously been arrested and removed from the United States to Mexico, pursuant to law at Nogales, Arizona, on or about March 5, 2013, and who after such date had not received consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States, was found in the United States in the Southern District of Illinois, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
DANIEL T. KAPSAK
Assistant United States Attorney